NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1432
(Opposition No. 91/157,073)

THE FOUNDATION FOR A CHRISTIAN CIVILIZATION, INC.,

Appellant,

v.

MARY QUEEN OF THE THIRD MILLENIUM, INC.,

Appellee.


Jordan S. Weinstein, Oblon, Spivak, McClelland, Maier, & Neustadt, L.L.P., of Alexandria, Virginia, argued for appellant. With him on the brief was David J. Kera.

Michael C. Cesarano, Feldman Gale, P.A., of Miami, Florida, argued for appellee.


Appealed from: United States Patent and Trademark Office
Trademark Trial and Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1432
(Opposition No. 91/157,073)

THE FOUNDATION FOR A CHRISTIAN CIVILIZATION, INC.,

Appellant,

v.

MARY QUEEN OF THE THIRD MILLENIUM, INC.,

Appellee.

# Judgment

ON APPEAL from the      United States Patent and Trademark Office
Trademark Trial and Appeal Board.

in CASE NO(S).      91/157,073

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, BRYSON and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED January 7, 2010      /s/ Jan Horbaly
Jan Horbaly, Clerk